IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEISA EPPS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VANDERBILT UNIVERSITY, )<br>)<br>Defendants. ) | Case No. 3:14-cv-01411<br>Chief Judge Haynes |

### ORDER

The Case Management Conference set in this action for Friday, August 29, 2014 at 2:00 p.m. is **RESET** for **Friday, September 5, 2014 at 2:00 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 1st day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge